**FILED**
APR 22 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSSEN DASKALOV,<br>aka Vesko Simeonov,<br><br>　　　　Defendant. | 2:10-CR-217-PMP-(PAL) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT ROSSEN DASKALOV aka VESKO SIMEONOV

On January 22, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18 United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p) forfeiting property of defendant ROSSEN DASKALOV aka VESKO SIMEONOV to the United States of America. Second Superseding Criminal Indictment, ECF No. 165; Change of Plea Minutes, ECF No. 316; Plea Memorandum, ECF No. 317; Preliminary Order of Forfeiture, ECF No. 320.

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 320) is final as to defendant ROSSEN DASKALOV aka VESKO SIMEONOV.

DATED this _22nd_ day of _April_, 2013.

_____
UNITED STATES DISTRICT JUDGE

2